ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Thomas L. Ryther,<br>    Plaintiff,<br>    v.<br>United States of America,<br>    Defendant.<br><br>United States of America,<br>    Counterclaimant,<br>    v.<br>Thomas L. Ryther,<br>    Counterclaim-Defendant. | Case No. CV10-4581 JHN (JCGx)<br><br>Final Judgment |

    The Motion for Summary Judgment filed by the United States of America (Plaintiff), came on for hearing before the Court on April 18, 2011.  Based on the papers filed in this case, the arguments advanced at the hearing, and all other matters properly made part of the record,

1 **IT IS ORDERED** that judgment is entered for the United States of America and against Thomas L. Ryther for Count One, Count Two, Count Three, and Count Four of the Complaint for Refund of Taxes filed by Thomas L. Ryther.

**IT IS FURTHER ORDERED** that for the Counterclaim of the United States of America, judgment is entered in favor of the United States of America and against Thomas L. Ryther in the amount of $294,501.33 plus statutory additions thereto, including interest under the provisions of the Internal Revenue Code (Title 26, U.S.C.) accruing on such amount after August 31, 2010, until judgment is paid in full.

**IT IS SO ORDERED.**

DATED:   April 20, 2011

JA[signature]
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America